**TANNER & ORTEGA, L.L.P.** **MEMO ENDORSED**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

January 11, 2022

Honorable Kenneth M. Karas
United States District Judge
United States District Courthouse
300 Quarropas Street
White Plains, NY 10601

BY ECF and Email/PDF

Re:   *United States v. Joshua Cruz*, 19 Cr. 119 (KMK)

Dear Judge Karas:

The Court previously appointed me, pursuant to CJA, to represent Mr. Cruz in the above matter. I am in receipt today from U.S. Probation Officer Taylor Smarra of her request for a virtual conference with the Court on February 3, 2022, to address allegations of the defendant's non-compliance with drug treatment conditions of his Supervised Release. I therefore write to request CJA re-appointment to this case.

Thank you, Your Honor, for your consideration of this application.

Granted.

So Ordered.
*[signature]*
1/11/22

Very truly yours,

Tanner & Ortega, L.L.P.
*[signature]*
Howard E. Tanner, Esq.

cc:   AUSA Vladislav Vainberg (By ECF and Email/PDF)
      USPO Taylor Smarra (By Email/PDF)